**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION AS
GRANTOR TRUSTEE OF THE PROTIUM     CASE NUMBER:1:11-cv-5799
MASTER GRANTOR TRUST

                PLAINTIFF

            VS.                     DISTRICT JUDGE: Ruben Castillo

DOLLIE ELDER,                 MAGISTRATE JUDGE: Young B. Kim
              DEFENDANT(S).

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court. The Defendant applied for a loan modification, but was denied as evidenced by the Denial Letter attached as Exhibit "A".

                                                Respectfully submitted,

                                                __/s/ James N. Pappas_____
                                                One of Plaintiff's Attorneys

James N. Pappas  # 6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313