IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST | CASE NUMBER:1:11-cv-5799 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| DOLLIE ELDER, DEFENDANT(S). | MAGISTRATE JUDGE: Young B. Kim |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court. The Defendant applied for a loan modification, but was denied as evidenced by the Denial Letter attached as Exhibit "A".

Respectfully submitted,

  /s/ James N. Pappas
One of Plaintiff's Attorneys

James N. Pappas  # 6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St., Ste. 2200
Chicago, IL 60606
(219) 769-1313